UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

        Plaintiff,

-against-

ARIEL PENA,

        Defendants.

No. 10 Cr. 905 (LTS)

ORDER

        Defendant Pena has moved for compassionate release, pursuant to 18 U.S.C. section 3582(c)(1)(A)(i). (Docket Entry No. 2322.) The Court, having reviewed the motion and having found that the interests of justice require the appointment of counsel for Defendant Pena in this matter, hereby appoints Bobbi Sternheim, Esq. as counsel for Defendant Pena pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

        The Government's response to Defendant Pena's motion for compassionate release must be submitted by **Aug. 11, 2020**, and any reply must be submitted by **Aug. 18, 2020**. The matter will be taken on submission.

        SO ORDERED.

Dated: New York, New York

        July 30, 2020

        /s/ Laura Taylor Swain
        LAURA TAYLOR SWAIN
        United States District Judge