UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

        Plaintiff,

-against-

ARIEL PENA,

        Defendant.

No. 10 Cr. 905 (LTS)

ORDER

        The Court has received the Government's response to Defendant Pena's motion for compassionate release (Docket Entry No. 2322). (Docket Entry No. 2328.) The Government requests that Exhibit A to that document, which consists of Defendant Pena's medical records, be filed under seal. (Docket Entry No. 2328, at 3, n.1.) The Court hereby grants the Government's request to seal Exhibit A for the reasons stated therein.

        SO ORDERED.

Dated: New York, New York

       August 11, 2020

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge