# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com

September 4, 2020

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Ariel Pena*
10 Cr. 905 (LTS)

Dear Judge Swain:

    I write to request an enlargement of time to submit a reply in support of Ariel Pena's *pro se* petition for compassionate release. I missed the order of appointment and the case number was not on my radar.

- The original filing date was August 18, 2020
- The requested filing date is September 25, 2020
- No prior application was made.
- The government (AUSA Samuel Rothchild) consents to this request.

The time is needed to obtain and review sealed records and confer with Mr. Pena.

Your consideration is greatly appreciated.

Very truly yours,

*Bobbi C. Sternheim*
BOBBI C. STERNHEIM

cc: AUSA Samuel Rothchild

The requested extension is granted.  DE# 2335 resolved.
SO ORDERED.
9/4/2020
/s/ Laura Taylor Swain, USDJ