UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

UNITED STATES,

                No. 10 Cr. 905 (LTS)

     Plaintiff,

                <u>ORDER</u>

   -against-

ARIEL PENA,

     Defendants.

---

    The Court has received Defendant Pena's motion for a recommendation regarding the length of his placement in a Residential Re-entry Center. (Docket Entry No. 2340.)

    The Government's response to Defendant Pena's motion must be submitted by **Oct. 2, 2020**, and any reply must be submitted by **Oct. 23, 2020**.

    SO ORDERED.

Dated:  New York, New York

     September 21, 2020

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                   United States District Judge