UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                    No.  10-CR-905-LTS

ARIEL PENA,

       Defendant.

-------------------------------------------------------x

ORDER

        The Court has received Mr. Pena's motion for early termination of supervised release.  (Docket entry no. 2451.)  The Government and the Probation Office are hereby directed to confer and submit their responses to the motion by **December 13, 2024**.  Mr. Fernandez must file any reply in support of his motion by **January 10, 2025**.  The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Pena at the address below.

        SO ORDERED.

Dated: New York, New York
       November 12, 2024

                                                                     /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                Chief United States District Judge

Mail to:

Ariel Pena
539 W. 106th St., Apt. 3A
New York, NY 10032